DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MINH ANH PHAM,

Appellant,

v.

AMERICAN CREDIT ACCEPTANCE, LLC,

Appellee.

No. 2D20-3140
_____

September 17, 2021

Appeal from the County Court for Pinellas County; Edwin Jagger, Judge.

Minh Anh Pham, pro se.

Armando Nozzolillo and Michael S. Waskiewicz of Burr & Forman LLP, Jacksonville, for Appellee.


PER CURIAM.

    Affirmed.


NORTHCUTT, CASANUEVA, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.